UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREW GOGAN, JACK GOGAN, and JESSICA IRENE GOGAN,

    Plaintiffs,

v.                                                   Case No.: 2:24-cv-876-SPC-NPM

MICHAEL A. NAPIER, VINEYARDS COUNTRY CLUB, INC., PRO TREE FARMS, INC., and THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

    Defendants.
_____/

## OPINION AND ORDER

Before the Court are Defendants The Guardian Life Insurance Company of America and Michael Napier's Responses (Docs. 63, 65) to the Court's Show Cause Orders (Docs. 62, 64). Guardian's notice of removal did not provide a jurisdictional basis over the claim against Napier. (Doc. 1). Neither Guardian nor Napier have since provided such a basis. (*See generally* Docs. 63, 65). Because this claim is unrelated to the ERISA-preempted life insurance claims, the Court lacks jurisdiction over it. (*See* Doc. 4 ¶¶ 18–27). So the Court must sever and remand this claim. *See* 28 U.S.C. § 1441(c),

Accordingly, it is now

**ORDERED:**

1. The Court **SEVERS** and **REMANDS** the claim against Napier.

2. The Clerk is **DIRECTED** to transmit a certified copy of this Order to the Clerk of the Twentieth Judicial Circuit in and for Collier County, Florida.

3. Napier's Motion to Dismiss (Doc. 48) is **DENIED as moot**.

4. **On or before March 11, 2025**, Plaintiffs must file an amended complaint consistent with this Order and the Court's prior Dismissal Order (Doc. 62). **Failure to comply may result in the Court closing the case without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida on March 4, 2025.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record